

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

December 16, 2025

**VIA ECF**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: *Alkermes Inc. and Alkermes Pharma Ireland Ltd. v. Teva Pharmaceuticals, Inc.*, Civil Action No: 1:25-cv-14685 (KMW-AMD); *Alkermes Inc. and Alkermes Pharma Ireland Ltd. v. MSN Pharmaceuticals, Inc. and MSN Laboratories Pvt. Ltd.*, Civil Action No. 1:25-cv-15324 (KMW-AMD); *Alkermes Inc. and Alkermes Pharma Ireland Ltd. v. Apotex Co. and Apotex Inc.*, Civil Action No. 1:25-cv-14977 (KMW-AMD)

Dear Judge Donio:

This firm, together with Greenberg Traurig LLP, represents Defendant Teva Pharmaceuticals, Inc. in connection with the above-referenced matters. We write on behalf of all defendants regarding today's deadline to submit an ESI Protocol and Discovery Confidentiality Order ("DCO") (*see e.g.*, *Alkermes Inc. and Alkermes Pharma Ireland Ltd. v. Teva Pharmaceuticals, Inc.*, Civil Action No: 1:25-cv-14685, ECF No. 40), and to respectfully request a six-day extension of time for submission of the ESI Protocol and DCO. With the requested extension, the new deadline for submission of the ESI Protocol and DCO will be December 22, 2025. Defendants respectfully submit that good cause exists for this request, and that the extension will not result in any delay to any other deadlines in the current case schedule.

The parties are meeting and conferring with respect to the ESI Protocol and DCO and hope to reach agreement as to same; the additional six days Defendants are requesting will allow the parties to complete those negotiations. As such, Defendants respectfully request the six-day extension to either resolve these issues or prepare a joint dispute letter outlining the parties' positions on those issues in accordance with Your Honor's informal discovery dispute protocol. *Id.* ¶¶ 4, 6. Plaintiffs consent to this request.

If the above requests are acceptable to the Court, Defendants respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket. We thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

Respectfully submitted,

/s/ Liza M. Walsh

Liza M. Walsh

cc: All Counsel of Record (via ECF and Email)

SO ORDERED this 17th, day of December, 2025

_____
Honorable Ann Marie Donio, U.S.M.J.