**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALKERMES, INC. and ALKERMES PHARMA IRELAND LIMITED, | **Civil Action No. 25-cv-14685 (KMW) (AMD)** |
| Plaintiffs, | |
| v. | |
| TEVA PHARMACEUTICALS, INC., | |
| Defendant. | |
| ALKERMES, INC. and ALKERMES PHARMA IRELAND LIMITED, | **Civil Action No. 25-14977 (KMW) (AMD)** |
| Plaintiffs, | |
| v. | |
| APOTEX CORP. and APOTEX INC., | |
| Defendants. | |
| ALKERMES, INC. and ALKERMES PHARMA IRELAND LIMITED, | **Civil Action No. 25-15324 (KMW) (AMD)** |
| Plaintiffs, | |
| v. | |
| MSN PHARMACEUTICALS, INC. and MSN LABORATORIES PRIVATE LIMITED, | |
| Defendants. | |

**CONSENT ORDER REGARDING CONSOLIDATION**

**WHEREAS,** the Court has consolidated for discovery purposes only Civil Action Nos.

1:25-cv-14685; 1:25-cv-14977; and 1:25-cv-15324 (collectively, the "Consolidated Actions").

**NOW THEREFORE,** Plaintiffs and Defendants Teva Pharmaceuticals, Inc., Apotex

Corp., Apotex Inc., MSN Pharmaceuticals, Inc., and MSN Laboratories Private Limited hereby

stipulate and agree, subject to approval of the Court, as follows:

1.    Civil Action No. 1:25-cv-14685 shall be the Lead Case and all filings

going forward that are common to the Consolidated Actions shall be filed in Civil

Action No. 1:25-14685 only;

2.    All filings in the Consolidated Actions shall bear the following caption:

| | |
|---|---|
| ALKERMES, INC. and<br>ALKERMES PHARMA IRELAND<br>LIMITED,<br><br>               Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br>APOTEX CORP., APOTEX INC., MSN<br>PHARMACEUTICALS, INC., and MSN<br>LABORATORIES PRIVATE LIMITED,<br><br>               Defendants. | Civil Action No. 25-cv-14685 (KMW) (AMD)<br><br>**CONSOLIDATED** |

3.    All counsel who have been admitted *pro hac vice* in any of the Consolidated

Actions shall be deemed admitted *pro hac vice* in Civil Action No. 25-cv-14685; and

4.    Plaintiffs' counsel admitted *pro hac vice* in Civil Action No. 25-cv-14685

shall be deemed admitted *pro hac vice* in Civil Action Nos. 1:25-cv-14977 and 1:25-cv-

15324.

*s/ Charles M. Lizza*
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102
(973) 286-6700

Nicholas Mitrokostas
John T. Bennett
Michael Wiper
Michael Jindia
ALLEN OVERY SHEARMAN STERLING
US
LLP
One Beacon Street
Boston, MA 02108
(857) 353-4500

Elizabeth Holland
Mena Gaballah
ALLEN OVERY SHEARMAN STERLING
US
LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

Jenny J. Zhang
Michelle Bone
ALLEN OVERY SHEARMAN STERLING
US
LLP
1101 New York Avenue, NW
Washington, D.C. 20005
(202) 683-3800

*Attorneys for Plaintiffs Alkermes, Inc. and*
*Alkermes Pharma Ireland Limited*

*s/ Liza M. Walsh*
Liza M. Walsh
Selina M. Ellis
Christine P. Clark
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
(973) 757-1090 (fax)

OF COUNSEL:
Scott J. Bornstein
Jonathan D. Ball
Richard C. Pettus
Julie P. Bookbinder
Anne M. Rock
Emma F. Cohen
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9200

*Attorneys for Defendant Teva*
*Pharmaceuticals, Inc.*

*s/ Kaan Ekiner*
Kaan Ekiner
COZEN O'CONNOR
1201 N. Market Street Suite 1001
Wilmington, DE 19801
(302) 295-2046

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, NW, Suite 500
Washington, DC 20036
(202) 912-4800

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400

Anna Pedraza
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
apedraza@cozen.com

*Attorneys for Defendants Apotex
Corp. and Apotex Inc.*

s/ Eric I. Abraham
Eric I. Abraham
Kristine L. Butler
HILL WALLACK LLP
21 Roszel Road
Princeton, NJ 08540
(609) 734-6358

Mark H. Remus
Laura A. Lydigsen
CROWELL & MORING LLP
300 N. LaSalle Drive Suite 3600
Chicago, IL 60654
(312) 321-4200

Savannah Gabriel
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
(202) 624-2542
sgabriel@crowell.com

*Attorneys for Defendants MSN
Pharmaceuticals, Inc. and MSN
Laboratories Private Limited*

**SO ORDERED:** *January 23, 2026*

_____

**Hon. Karen M. Williams, U.S.D.J.**